IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK J. GATLIN,

    Plaintiff,                             No. CIV S-04-0603 GEB DAD P

    vs.

DR. PACIFICO, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        On July 26, 2005, plaintiff filed an amended complaint in this action. On July 27, 2005 plaintiff filed a request for the appointment of counsel. This civil rights action was closed on March 30, 2005.[1] Plaintiff is advised that documents filed after the action was closed will be disregarded and that no further orders will issue in response to future filings.

DATED: September 2, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gatl0603.58

---

[1] The action was dismissed for failure to state a cognizable federal claim and the court declined to exercise supplemental jurisdiction over plaintiff's state claims. Plaintiff's amended complaint, filed on July 26, 2005, raises the same medical care claims set forth in his original complaint.